UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALEE MORRIS,

    Plaintiff,

    v.

LUCY H. KOH,

    Defendant.

Case No. 15-cv-01689-JD

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a proper application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br>        Plaintiff,<br><br>   v.<br><br>LUCY H. KOH,<br>        Defendant. | Case No. 15-cv-01689-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Condalee Morris ID: V96203
California State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: September 3, 2015

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO